United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANA ELIZABETH CHUMBIAUCA MENDOZA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-00761 |
| MARKWAYNE MULLIN, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Karen Betancourt.

SIGNED this July 23, 2026

_____
Rolando Olvera
United States District Judge