United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ANA M.,<br>"Petitioner,"<br><br>v.<br><br>WARDEN, EL VALLE DETENTION CENTER, *et al.*,<br>*in their official capacities*,<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00761 |

**ORDER**

Before this Court are Petitioner's "Emergency Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and Respondents' "Advisory Regarding Voluntary Departure" (Dkt. No. 6) ("Advisory").

Respondents' Advisory informs the Court of Petitioner's voluntary departure to Peru. *See* Dkt. No. 8. The Court concludes from this filing that the Petition is now moot.

For the Court to retain subject matter jurisdiction over this case, the Petition must continue to present a live case or controversy. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Otherwise, the case is moot, and the Court is deprived of jurisdiction. A case becomes moot when it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Herndon*, 985 F.3d at 446 (quoting *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307 (2012)).

Here, the Petition challenges Petitioner's detention without an individualized bond hearing and seeks release from Respondents' custody.[1] Dkt. No. 1 at 16. Petitioner's voluntary departure thus renders moot any live case or controversy.

---

[1] The Petition also seeks attorney's fees under the Equal Access to Justice Act ("EAJA"). Dkt. No. 1 at 16. Because EAJA fees are not available in habeas corpus proceedings like this one, *Barco v. Witte*, 65 F.4th 782 (5th Cir. 2023), such relief is foreclosed.

Because mootness "is a jurisdictional matter" and can be raised "sua sponte," *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987), the Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 2, 2026

Rolando Olvera
United States District Judge